957 A.2d 225

**Carol NOWAK, Petitioner**

v.

**Amy A. PRUITT, M.D., Joshua Levine, M.D., Trustees of the University of Pennsylvania, d/b/a University of Pennsylvania Health System and Philip A. Adelman, M.D., Respondents.**

**No. 52 EM 2008.**

Supreme Court of Pennsylvania.

Sept. 17, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of September, 2008, the Petition for Extension of Time to File Petition for Allowance of Appeal is **GRANTED.** Petitioner is directed to file her Petition for Allowance of Appeal with this Court within 30 days of the entry of this order.